**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 04-1846**

―――――――――

PATRICIA GODFREY; JOHN F. GODFREY,

                                    Plaintiffs - Appellants,

        versus

DAVIE COUNTY, NORTH CAROLINA, all unknown
persons or agents; CINDY JUSTICE, Social
Worker; MALISSA HILL, Social Worker; DAVIE
COUNTY DEPARTMENT OF SOCIAL SERVICES,
Mocksville, North Carolina,

                                    Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. Henry M. Herlong, Jr., District
Judge. (CA-04-719-7)

―――――――――

Submitted: September 16, 2004      Decided: September 21, 2004

―――――――――

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Patricia Godfrey, John F. Godfrey, Appellants Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John and Patricia Godfrey appeal the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Godfrey v. Davie County, No. CA-04-719-7 (D.S.C. filed June 4 & entered June 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED